UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON PATTERSON | CIVIL ACTION |
| VERSUS | NO. 12-1674 |
| MICHAEL DANIELS ET AL. | SECTION "A" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the plaintiff's objection to the Magistrate Judge's Report and Recommendation, and the opposition thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all of defendants' motions to dismiss, Record Doc. Nos. 20, 33, 45 and 47, are **GRANTED**, and that plaintiff's motion for injunctive relief, Record Doc. No. 49, is **DENIED**.

May 14, 2013

_____
UNITED STATES DISTRICT JUDGE