UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAMON PATTERSON | CIVIL ACTION |
| VERSUS | NO. 12-1674 |
| MICHAEL DANIELS ET AL. | SECTION "A" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's "Motion to Reassert the Above Civil Action Related to All Claims that were Heck Barred," Record Doc. No. 81, is DENIED.

May 15, 2017

_____
UNITED STATES DISTRICT JUDGE